ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                                )
                                                           )
Chemring Sensors and Electronic Systems                    )        ASBCA No. 63460
                                                           )
Under Contract No. W909MY-14-C-0021 et al.                 )

APPEARANCES FOR THE APPELLANT:          Paul A. Debolt, Esq.
                                        Christopher G. Griesedieck, Esq.
                                        Andrew W. Current, Esq.
                                          Venable LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Samuel W. Morris, Esq.
                                          DCMA Chief Trial Attorney
                                        Matthew D. Bordelon, Esq.
                                        Amelia R. Lister-Sobotkin, Esq.
                                          Trial Attorneys
                                          Defense Contract Management Agency
                                          Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 16, 2024

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63460, Appeal of Chemring Sensors and Electronic Systems, rendered in conformance with the Board's Charter.

Dated:  January 16, 2024

_for Jammye D. Abbott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals